UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 20-05487
SHIRENA A. HOUSTON, )
)
) Chapter: 13
)
) Honorable Timothy Barnes
)
Debtor(s) )

**ORDER AUTHORIZING DEBTOR TO OBTAIN CREDIT/INCUR DEBT**

This matter coming to be heard on the motion of the Debtor to obtain credit/incur debt; after due notice having been given and the opportunity for a hearing thereon and the Court being fully advised of the matter herein,

IT IS HEREBY ORDERED THAT:

The Debtor is permitted to incur financing in the amount not to exceed $14,500.00 for the purchase of a 2016 Chevrolet Cruze or similar vehicle, with monthly payments not to exceed $350.00/mo for a term of 72 months. The interest rate shall not exceed 20.00%.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: August 20, 2020

**Prepared by:**

Jeffrey A. Soufal, ARDC# 6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100